

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00524-CV

**David Grupa**

**v.**

**Lillie D. Basset, Stanley E. Dickson, Carolyn Spiller, Clifford Dickson, and Janice Craddock**

NO. 32491 IN THE 506TH DISTRICT COURT OF GRIMES COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 01/02/2015 | E-PAID | APE |
| MT FEE | $10.00 | 12/04/2014 | E-PAID | APE |
| MT FEE | $10.00 | 10/07/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/03/2014 | E-PAID | ANT |
| RPT RECORD | $3,194.50 | 08/06/2014 | PAID | ANT |
| SUPP CLK RECORD | $20.00 | 07/16/2014 | PAID | APE |
| CLK RECORD | $51.00 | 06/30/2014 | PAID | ANT |
| FILING | $175.00 | 06/27/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 06/27/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $3,500.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 11, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**